### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ARICK JOHNSON                                                                                               PETITIONER

v.                                                  4:24-cv-00804-BSM-JJV

ARKANSAS, STATE OF                                                                                    RESPONDENT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

## DISPOSITION

On September 20, 2024, Petitioner Arick Johnson filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc. No. 2.) Mr. Johnson also filed a Motion for Leave to Proceed *In Forma Pauperis* on the same day. (Doc. No. 1.) On September 30, 2024, I entered an order denying Mr. Johnson's Motion because it was incomplete and ordered Mr. Johnson to pay the $5.00 statutory filing fee or file a properly completed Application to Proceed in District Court Without Prepaying Fees or Costs. (Doc. No. 3.) Petitioner was given thirty (30) days to comply with the Order. (*Id.*) That time has passed, and Mr. Johnson has failed to pay the filing fee or file a proper and complete motion to proceed *in forma pauperis*.

To avoid dismissal, Petitioner should either pay the $5.00 statutory filing fee in full or file a proper and complete motion to proceed *in forma pauperis* during the fourteen (14) day objection period. Otherwise, this cause of action should be dismissed without prejudice in accordance with Local Rule 5.5(c)(2).[1]

IT IS, THEREFORE, RECOMMENDED that unless Petitioner pays the $5.00 filing fee or files a proper and complete motion to proceed *in forma pauperis* during the fourteen (14) day objection period, this cause of action (Doc. No. 2) should be dismissed without prejudice.

DATED this 12th day of November 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 5.5(c)(2) provides: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."