# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ARICK JOHNSON**                                                                 **PETITIONER**

**v.**                           **CASE NO. 4:24-CV-00804-BSM**

**STATE OF ARKANSAS**                                                              **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 4] is adopted and Arick Johnson's petition for a writ of habeas corpus [Doc. No. 2] is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE