IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARICK JOHNSON**                                                                                           **PETITIONER**

v.                                  **CASE NO. 4:24-CV-00804-BSM**

**STATE OF ARKANSAS**                                                                                **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE